

| | | | | | | Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|---|---|---|---|---|---|
| Einstein HEALTHCARE NETWORK | | | | | | Pay Begin Date: | 3/14/2021 | Advice Date: | 4/1/2021 |
| | | | | | | Pay End Date: | 3/27/2021 | | |

| Griffin, Stacey L. | Employee ID: | | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|---|
| 141 N Woodbine Ave | Department: | | Federal: | Married | 00003 |
| Langhorne, PA 19047 | Process Level: | | State: | Married | 00002 |
| | | | Addl. Amt.: | | 0.00 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | --------- Current --------- | | --------- YTD --------- | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Day | 36.0577 | 80.00 | 2,884.62 | 312.00 | 11,250.02 | Federal Tax Withheld | 196.10 | 993.72 |
| Sick Hrs | | 0.00 | 0.00 | 7.38 | 266.11 | Soc Sec Tax Withheld | 178.03 | 712.92 |
| PTOReg | | 0.00 | 0.00 | 0.62 | 22.36 | Medicare Tax Withhld | 41.63 | 166.73 |
| | | | | | | Pennsylvania Tax | 88.56 | 354.24 |
| | | | | | | PA Unemployment | 1.73 | 6.92 |
| | | | | | | Philadelphia Tax | 101.02 | 404.08 |
| Total: | | 80.00 | 2,884.62 | 320.00 | 11,538.49 | Total: | 607.07 | 2,638.61 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Fidelity Pre Tax % | 144.23 | 663.46 | | | | | | |
| Parking - Pretax | 13.28 | 39.84 | | | | | | |
| Total: | 157.51 | 703.30 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.62 | 2,727.11 | 607.07 | 157.51 | 2,120.04 |
| YTD: | 11,538.49 | 10,835.19 | 2,638.61 | 703.30 | 8,195.58 |

| | NET PAY DISTRIBUTION | |
|---|---|---|
| | Advice # | 2,120.04 |
| Available  0.00 | Available  0.00  Total: | 2,120.04 |



To The Account(s) Of    STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
04/01/2021

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| M&S | xxxxxx8959 | $2,120.04 |
| Total: | | $2,120.04 |


**Einstein** HEALTHCARE NETWORK

| | | |
|---|---|---|
| Pay Group: | EPPI Professional Fund | Advice #: |
| Pay Begin Date: | 3/28/2021 | Advice Date: 4/15/2021 |
| Pay End Date: | 4/10/2021 | |

| | | | |
|---|---|---|---|
| Griffin, Stacey L. | Employee ID: | TAX DATA: Marital Status | Exemptions |
| 141 N Woodbine Ave | Department: | Federal: Married | 00002 |
| Langhorne, PA 19047 | Process Level: | State: Married | 00000 |
| | | Addl. Amt.: | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 56.00 | 2,019.23 | 368.00 | 13,269.25 |
| Sick Hrs | 36.0577 | 7.38 | 266.11 | 14.76 | 532.22 |
| PTOReg | 36.0577 | 16.62 | 599.28 | 17.24 | 621.64 |
| **Total:** | | **80.00** | **2,884.62** | **400.00** | **14,423.11** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 215.95 | 1,209.67 |
| Soc Sec Tax Withheld | 178.02 | 890.94 |
| Medicare Tax Wthhld | 41.63 | 208.36 |
| Pennsylvania Tax | 88.56 | 442.80 |
| PA Unemployment | 1.73 | 8.65 |
| Philadelphia Tax | 101.02 | 505.10 |
| **Total:** | **626.91** | **3,265.52** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity Pre Tax % | 144.23 | 807.69 |
| Parking - Pretax | 13.28 | 53.12 |
| **Total:** | **157.51** | **860.81** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.62 | 2,727.11 | 626.91 | 157.51 | 2,100.20 |
| YTD: | 14,423.11 | 13,562.30 | 3,265.52 | 860.81 | 10,296.78 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # | 2,100.20 |
| Available 0.00   Available 0.00   Total: | 2,100.20 |


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of   STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date   Advice No.
04/15/2021

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $2,100.20 |
| Total: | | $2,100.20 |


**Einstein** HEALTHCARE NETWORK

| | | |
|---|---|---|
| Pay Group: | EPPI Professional Fund | Advice #: |
| Pay Begin Date: | 4/11/2021 | Advice Date: 4/29/2021 |
| Pay End Date: | 4/24/2021 | |

| | | | | |
|---|---|---|---|---|
| Griffin, Stacey L. | Employee ID: | | TAX DATA: Marital Status | Exemptions |
| 141 N Woodbine Ave | Department: | | Federal: Married | 00002 |
| Langhorne, PA 19047 | Process Level: | | State: Married | 00000 |
| | | | Addl. Amt.: | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 80.00 | 2,884.62 | 448.00 | 16,153.87 |
| Sick Hrs | | | 0.00 | 14.76 | 532.22 |
| PTOReg | | | 0.00 | 17.24 | 621.64 |
| Total: | | 80.00 | 2,884.62 | 480.00 | 17,307.73 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 215.95 | 1,425.62 |
| Soc Sec Tax Withheld | 178.02 | 1,068.96 |
| Medicare Tax Withhld | 41.64 | 250.00 |
| Pennsylvania Tax | 88.56 | 531.36 |
| PA Unemployment | 1.73 | 10.38 |
| Philadelphia Tax | 101.02 | 606.12 |
| Total: | 626.92 | 3,892.44 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity Pre Tax % | 144.23 | 951.92 |
| Parking - Pretax | 13.28 | 66.40 |
| Total: | 157.51 | 1,018.32 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.62 | 2,727.11 | 626.92 | 157.51 | 2,100.19 |
| YTD: | 17,307.73 | 16,289.41 | 3,892.44 | 1,018.32 | 12,395.97 |

### NET PAY DISTRIBUTION

| Advice # | | 2,100.19 |
|---|---|---|
| Available 0.00 | Available 0.00 | Total: 2,100.19 |

---


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
04/29/2021

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $2,100.19 |
| Total: | | $2,100.19 |


**Einstein** HEALTHCARE NETWORK

| Pay Group: | EPPI Professional Fund | Advice #: |  |
|---|---|---|---|
| Pay Begin Date: | 4/25/2021 | Advice Date: | 5/13/2021 |
| Pay End Date: | 5/8/2021 | | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

| Employee ID: | |
|---|---|
| Department: | |
| Process Level: | |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 80.00 | 2,884.62 | 528.00 | 19,038.49 |
| Sick Hrs | | | 0.00 | 14.76 | 532.22 |
| PTOReg | | | 0.00 | 17.24 | 621.64 |
| **Total:** | | **80.00** | **2,884.62** | **560.00** | **20,192.35** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 180.03 | 1,605.65 |
| Soc Sec Tax Withheld | 159.47 | 1,228.43 |
| Medicare Tax Withhld | 37.29 | 287.29 |
| Pennsylvania Tax | 79.37 | 610.73 |
| PA Unemployment | 1.74 | 12.12 |
| Philadelphia Tax | 101.02 | 707.14 |
| **Total:** | **558.92** | **4,451.36** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 266.45 |
| VBA | 8.56 | 8.56 |
| Delta Dental | 24.32 | 24.32 |
| Fidelity Pre Tax % | 144.23 | 1,096.15 |
| Parking - Pretax | 13.28 | 79.68 |
| **Total:** | **456.84** | **1,475.16** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.62 | 2,427.78 | 558.92 | 456.84 | 1,868.86 |
| YTD: | 20,192.35 | 18,717.19 | 4,451.36 | 1,475.16 | 14,265.83 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice # | | 1,868.86 |
| Available 0.00 | Available 0.00 | Total: 1,868.86 |

---


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
05/13/2021

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,868.86 |
| Total: | | $1,868.86 |



| Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|
| Pay Begin Date: | 5/9/2021 | Advice Date: | 5/27/2021 |
| Pay End Date: | 5/22/2021 | | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

| Employee ID: | |
|---|---|
| Department: | |
| Process Level: | |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 80.00 | 2,884.62 | 608.00 | 21,923.11 |
| Sick Hrs | | | 0.00 | 14.76 | 532.22 |
| PTOReg | | | 0.00 | 17.24 | 621.64 |
| **Total:** | | **80.00** | **2,884.62** | **640.00** | **23,076.97** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 180.03 | 1,785.68 |
| Soc Sec Tax Withheld | 159.46 | 1,387.89 |
| Medicare Tax Withhld | 37.30 | 324.59 |
| Pennsylvania Tax | 79.37 | 690.10 |
| PA Unemployment | 1.73 | 13.85 |
| Philadelphia Tax | 101.02 | 808.16 |
| **Total:** | **558.91** | **5,010.27** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 532.90 |
| VBA | 8.56 | 17.12 |
| Delta Dental | 24.32 | 48.64 |
| Fidelity Pre Tax % | 144.23 | 1,240.38 |
| Parking - Pretax | 13.28 | 92.96 |
| **Total:** | **456.84** | **1,932.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.62 | 2,427.78 | 558.91 | 456.84 | 1,868.87 |
| YTD: | 23,076.97 | 21,144.97 | 5,010.27 | 1,932.00 | 16,134.70 |

### NET PAY DISTRIBUTION
| | |
|---|---|
| Advice # | 1,868.87 |

| Available | 0.00 | Available | 0.00 | Total: | 1,868.87 |
|---|---|---|---|---|---|



To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
05/27/2021

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,868.87 |
| **Total:** | | **$1,868.87** |


**Einstein** HEALTHCARE NETWORK

| Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|
| Pay Begin Date: | 5/23/2021 | Advice Date: | 6/10/2021 |
| Pay End Date: | 6/5/2021 | | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

| Employee ID: | |
| Department: | |
| Process Level: | |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 48.00 | 1,730.77 | 656.00 | 23,653.88 |
| Sick Hrs | | | 0.00 | 14.76 | 532.22 |
| PTOReg | 36.0577 | 32.00 | 1,153.85 | 49.24 | 1,775.49 |
| Total: | | 80.00 | 2,884.62 | 720.00 | 25,961.59 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 180.03 | 1,965.71 |
| Soc Sec Tax Withheld | 159.47 | 1,547.36 |
| Medicare Tax Withhld | 37.29 | 361.88 |
| Pennsylvania Tax | 79.37 | 769.47 |
| PA Unemployment | 1.73 | 15.58 |
| Philadelphia Tax | 101.02 | 909.18 |
| Total: | 558.91 | 5,569.18 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 799.35 |
| VBA | 8.56 | 25.68 |
| Delta Dental | 24.32 | 72.96 |
| Fidelity Pre Tax % | 144.23 | 1,384.61 |
| Parking - Pretax | 13.28 | 106.24 |
| Total: | 456.84 | 2,388.84 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 32.63 |
| Total: | 32.63 | 32.63 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| Total: | 32.63 | 32.63 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.62 | 2,427.78 | 558.91 | 489.47 | 1,836.24 |
| YTD: | 25,961.59 | 23,572.75 | 5,569.18 | 2,421.47 | 17,970.94 |

### NET PAY DISTRIBUTION
Advice #    1,836.24

| Available | 0.00 | Available | 0.00 | Total: | 1,836.24 |

---


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date    Advice No.
06/10/2021

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,836.24 |
| Total: | | $1,836.24 |

## Einstein HEALTHCARE NETWORK

| | | |
|---|---|---|
| Pay Group: | EPPI Professional Fund | Advice #: |
| Pay Begin Date: | 6/6/2021 | Advice Date: 6/24/2021 |
| Pay End Date: | 6/19/2021 | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

Employee ID:
Department:
Process Level:

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 64.00 | 2,307.69 | 720.00 | 25,961.57 |
| Sick Hrs | | | 0.00 | 14.76 | 532.22 |
| PTOReg | 36.0577 | 16.00 | 576.92 | 65.24 | 2,352.41 |
| **Total:** | | **80.00** | **2,884.61** | **800.00** | **28,846.20** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 173.10 | 2,138.81 |
| Soc Sec Tax Withheld | 159.46 | 1,706.82 |
| Medicare Tax Withhld | 37.30 | 399.18 |
| Pennsylvania Tax | 79.37 | 848.84 |
| PA Unemployment | 1.73 | 17.31 |
| Philadelphia Tax | 101.02 | 1,010.20 |
| **Total:** | **551.98** | **6,121.16** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 1,065.80 |
| VBA | 8.56 | 34.24 |
| Delta Dental | 24.32 | 97.28 |
| Fidelity Pre Tax % | 201.92 | 1,586.53 |
| Parking - Pretax | 13.28 | 119.52 |
| **Total:** | **514.53** | **2,903.37** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 65.26 |
| **Total:** | **32.63** | **65.26** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **32.63** | **65.26** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,884.61 | 2,370.08 | 551.98 | 547.16 | 1,785.47 |
| YTD: | 28,846.20 | 25,942.83 | 6,121.16 | 2,968.63 | 19,756.41 |

### NET PAY DISTRIBUTION

| | Advice # | | 1,785.47 |
|---|---|---|---|
| Available | 0.00 | Available | 0.00 | Total: | 1,785.47 |

---



To The Account(s) Of

STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
06/24/2021

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,785.47 |
| Total: | | $1,785.47 |



**Einstein HEALTHCARE NETWORK**

| | | |
|---|---|---|
| Pay Group: | EPPI Professional Fund | Advice #: |
| Pay Begin Date: | 6/20/2021 | Advice Date: 7/8/2021 |
| Pay End Date: | 7/3/2021 | |

| | | |
|---|---|---|
| Griffin, Stacey L. | Employee ID: | TAX DATA: Marital Status  Exemptions |
| 141 N Woodbine Ave | Department: | Federal: Married  00002 |
| Langhorne, PA 19047 | Process Level: | State: Married  00000 |
| | | Addl. Amt.: 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.0577 | 64.00 | 2,307.69 | 784.00 | 28,269.26 |
| Sick Hrs | 36.0577 | 16.00 | 576.92 | 30.76 | 1,109.14 |
| DiscBn | 500.0000 | | 500.00 | 0.00 | 500.00 |
| PTOReg | | | 0.00 | 65.24 | 2,352.41 |
| **Total:** | | **80.00** | **3,384.61** | **880.00** | **32,230.81** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 228.90 | 2,367.71 |
| Soc Sec Tax Withheld | 190.46 | 1,897.28 |
| Medicare Tax Withhld | 44.54 | 443.72 |
| Pennsylvania Tax | 94.72 | 943.56 |
| PA Unemployment | 2.03 | 19.34 |
| Philadelphia Tax | 118.53 | 1,128.73 |
| **Total:** | **679.18** | **6,800.34** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 1,332.25 |
| VBA | 8.56 | 42.80 |
| Delta Dental | 24.32 | 121.60 |
| Fidelity Pre Tax % | 236.92 | 1,823.45 |
| Parking - Pretax | 13.28 | 132.80 |
| **Total:** | **549.53** | **3,452.90** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 97.89 |
| **Total:** | **32.63** | **97.89** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **32.63** | **97.89** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,384.61 | 2,835.08 | 679.18 | 582.16 | 2,123.27 |
| YTD: | 32,230.81 | 28,777.91 | 6,800.34 | 3,550.79 | 21,879.68 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # | 2,123.27 |

| Available | 0.00 | Available | 0.00 | Total: | 2,123.27 |
|---|---|---|---|---|---|



**Einstein HEALTHCARE NETWORK**

To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
07/08/2021

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $2,123.27 |
| **Total:** | | **$2,123.27** |

**Einstein HEALTHCARE NETWORK**

| Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|
| Pay Begin Date: | 7/4/2021 | Advice Date: | 7/22/2021 |
| Pay End Date: | 7/17/2021 | | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

| Employee ID: | |
|---|---|
| Department: | |
| Process Level: | |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.7789 | 56.00 | 2,059.61 | 840.00 | 30,328.87 |
| Absent-No Pay | | 8.00 | 0.00 | 8.00 | 0.00 |
| Sick Hrs | | | 0.00 | 30.76 | 1,109.14 |
| PTOReg | 36.7789 | 16.00 | 588.46 | 81.24 | 2,940.87 |
| DiscBn | | | 0.00 | 0.00 | 500.00 |
| **Total:** | | **80.00** | **2,648.07** | **960.00** | **34,878.88** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 143.53 | 2,511.24 |
| Soc Sec Tax Withheld | 144.80 | 2,042.08 |
| Medicare Tax Withhld | 33.86 | 477.58 |
| Pennsylvania Tax | 72.11 | 1,015.67 |
| PA Unemployment | 1.59 | 20.93 |
| Philadelphia Tax | 92.73 | 1,221.46 |
| **Total:** | **488.62** | **7,288.96** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 1,598.70 |
| VBA | 8.56 | 51.36 |
| Delta Dental | 24.32 | 145.92 |
| Fidelity Pre Tax % | 211.85 | 2,035.30 |
| Parking - Pretax | 13.28 | 146.08 |
| **Total:** | **524.46** | **3,977.36** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 130.52 |
| **Total:** | **32.63** | **130.52** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **32.63** | **130.52** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,648.07 | 2,123.61 | 488.62 | 557.09 | 1,602.36 |
| YTD: | 34,878.88 | 30,901.52 | 7,288.96 | 4,107.88 | 23,482.04 |

### NET PAY DISTRIBUTION

| Advice # | | 1,602.36 |
|---|---|---|
| Available 0.00 | Available 0.00 | Total: 1,602.36 |

---



To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date 07/22/2021    Advice No.

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,602.36 |
| **Total:** | | **$1,602.36** |



| | | Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 7/18/2021 | Advice Date: | 8/5/2021 |
| | | Pay End Date: | 7/31/2021 | | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

Employee ID:
Department:
Process Level:

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.7789 | 80.00 | 2,942.30 | 920.00 | 33,271.17 |
| Absent-No Pay | | 0.00 | 0.00 | 8.00 | 0.00 |
| Sick Hrs | | 0.00 | 0.00 | 30.76 | 1,109.14 |
| DiscBn | | 0.00 | 0.00 | 0.00 | 500.00 |
| PTOReg | | 0.00 | 0.00 | 81.24 | 2,940.87 |
| Total: | | 80.00 | 2,942.30 | 1,040.00 | 37,821.18 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 190.71 | 2,701.95 |
| Soc Sec Tax Withheld | 163.34 | 2,205.42 |
| Medicare Tax Withhld | 38.20 | 515.78 |
| Pennsylvania Tax | 81.14 | 1,096.81 |
| PA Unemployment | 1.76 | 22.69 |
| Philadelphia Tax | 103.04 | 1,324.50 |
| Total: | 578.19 | 7,867.15 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 1,865.15 |
| VBA | 8.56 | 59.92 |
| Delta Dental | 24.32 | 170.24 |
| Fidelity Pre Tax % | 117.69 | 2,152.99 |
| Parking - Pretax | 8.50 | 154.58 |
| Total: | 425.52 | 4,402.88 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 163.15 |
| Total: | 32.63 | 163.15 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 32.63 | 163.15 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,942.30 | 2,516.78 | 578.19 | 458.15 | 1,905.96 |
| YTD: | 37,821.18 | 33,418.30 | 7,867.15 | 4,566.03 | 25,388.00 |

NET PAY DISTRIBUTION
Advice # ▮ 1,905.96

Available 0.00    Available 0.00    Total: 1,905.96



To The Account(s) Of    STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date   Advice No.
08/05/2021

## NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| M&S | xxxxxx8959 | $1,905.96 |
| | | |
| Total: | | $1,905.96 |



| | | | | | | Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pay Begin Date: | 8/1/2021 | Advice Date: | 8/19/2021 |
| | | | | | | Pay End Date: | 8/14/2021 | | |

| Griffin, Stacey L. | Employee ID: | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|
| 141 N Woodbine Ave | Department: | Federal: | Married | 00002 |
| Langhorne, PA 19047 | Process Level: | State: | Married | 00000 |
| | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.7789 | 72.00 | 2,648.07 | 992.00 | 35,919.24 |
| Absent-No Pay | | 0.00 | 0.00 | 8.00 | 0.00 |
| Sick Hrs | 36.7789 | 8.00 | 294.23 | 38.76 | 1,403.37 |
| DiscBn | | | 0.00 | 0.00 | 500.00 |
| PTOReg | | | 0.00 | 81.24 | 2,940.87 |
| Total: | | 80.00 | 2,942.30 | 1,120.00 | 40,763.48 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 190.71 | 2,892.66 |
| Soc Sec Tax Withheld | 163.34 | 2,368.76 |
| Medicare Tax Withhld | 38.20 | 553.98 |
| Pennsylvania Tax | 81.14 | 1,177.95 |
| PA Unemployment | 1.77 | 24.46 |
| Philadelphia Tax | 103.04 | 1,427.54 |
| Total: | 578.20 | 8,445.35 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 2,131.60 |
| VBA | 8.56 | 68.48 |
| Delta Dental | 24.32 | 194.56 |
| Fidelity Pre Tax % | 117.69 | 2,270.68 |
| Parking - Pretax | 8.50 | 163.08 |
| Total: | 425.52 | 4,828.40 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 195.78 |
| Total: | 32.63 | 195.78 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 32.63 | 195.78 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,942.30 | 2,516.78 | 578.20 | 458.15 | 1,905.95 |
| YTD: | 40,763.48 | 35,935.08 | 8,445.35 | 5,024.18 | 27,293.95 |

### NET PAY DISTRIBUTION

| | | Advice # | 1,905.95 |
|---|---|---|---|
| Available | 0.00 | Available | 0.00 | Total: | 1,905.95 |



To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA  19047

Advice Date   Advice No.
08/19/2021

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,905.95 |
| Total: | | $1,905.95 |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Pay Group: | EPPI Professional Fund | | Advice #: | |
| | | | | Pay Begin Date: | 8/15/2021 | | Advice Date: | 9/2/2021 |
| | | | | Pay End Date: | 8/28/2021 | | | |

| Griffin, Stacey L. | Employee ID: | | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|---|
| 141 N Woodbine Ave | Department: | | Federal: | Married | 00002 |
| Langhorne, PA 19047 | Process Level: | | State: | Married | 00000 |
| | | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.7789 | 80.00 | 2,942.30 | 1,072.00 | 38,861.54 |
| Absent-No Pay | | 0.00 | 0.00 | 8.00 | 0.00 |
| Sick Hrs | | 0.00 | 0.00 | 38.76 | 1,403.37 |
| DiscBn | | 0.00 | 0.00 | 0.00 | 500.00 |
| PTOReg | | 0.00 | 0.00 | 81.24 | 2,940.87 |
| **Total:** | | **80.00** | **2,942.30** | **1,200.00** | **43,705.78** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 190.71 | 3,083.37 |
| Soc Sec Tax Withheld | 163.33 | 2,532.09 |
| Medicare Tax Withhld | 38.20 | 592.18 |
| Pennsylvania Tax | 81.14 | 1,259.09 |
| PA Unemployment | 1.76 | 26.22 |
| Philadelphia Tax | 101.45 | 1,528.99 |
| **Total:** | **576.59** | **9,021.94** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 2,398.05 |
| VBA | 8.56 | 77.04 |
| Delta Dental | 24.32 | 218.88 |
| Fidelity Pre Tax % | 117.69 | 2,388.37 |
| Parking - Pretax | 8.50 | 171.58 |
| **Total:** | **425.52** | **5,253.92** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 228.41 |
| **Total:** | **32.63** | **228.41** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **32.63** | **228.41** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,942.30 | 2,516.78 | 576.59 | 458.15 | 1,907.56 |
| YTD: | 43,705.78 | 38,451.86 | 9,021.94 | 5,482.33 | 29,201.51 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice # | | 1,907.56 |
| Available | 0.00 | Available | 0.00 | Total: | 1,907.56 |



To The Account(s) Of   STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date   Advice No.
09/02/2021

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,907.56 |
| Total: | | $1,907.56 |


**Einstein HEALTHCARE NETWORK**

| | |
|---|---|
| Pay Group: | EPPI Professional Fund |
| Pay Begin Date: | 8/29/2021 |
| Pay End Date: | 9/11/2021 |
| Advice #: | (redacted) |
| Advice Date: | 9/16/2021 |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA  19047

Employee ID: (redacted)
Department: (redacted)
Process Level: (redacted)

**TAX DATA:**
| | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.7789 | 60.00 | 2,206.73 | 1,132.00 | 41,068.27 |
| Absent-No Pay | | 8.00 | 0.00 | 16.00 | 0.00 |
| Sick Hrs | | 0.00 | 0.00 | 38.76 | 1,403.37 |
| PTOReg | 36.7789 | 12.00 | 441.35 | 93.24 | 3,382.22 |
| DiscBn | | | 0.00 | 0.00 | 500.00 |
| **Total:** | | **80.00** | **2,648.08** | **1,280.00** | **46,353.86** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 156.81 | 3,240.18 |
| Soc Sec Tax Withheld | 145.10 | 2,677.19 |
| Medicare Tax Withhld | 33.94 | 626.12 |
| Pennsylvania Tax | 72.11 | 1,331.20 |
| PA Unemployment | 1.59 | 27.81 |
| Philadelphia Tax | 92.73 | 1,621.72 |
| **Total:** | **502.28** | **9,524.22** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 2,664.50 |
| VBA | 8.56 | 85.60 |
| Delta Dental | 24.32 | 243.20 |
| Fidelity Pre Tax % | 105.92 | 2,494.29 |
| Parking - Pretax | 8.50 | 180.08 |
| **Total:** | **413.75** | **5,667.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 261.04 |
| **Total:** | **32.63** | **261.04** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **32.63** | **261.04** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,648.08 | 2,234.33 | 502.28 | 446.38 | 1,699.42 |
| YTD: | 46,353.86 | 40,686.19 | 9,524.22 | 5,928.71 | 30,900.93 |

**NET PAY DISTRIBUTION**
| | |
|---|---|
| Advice # (redacted) | 1,699.42 |
| Available | 0.00 |
| Available | 0.00 |
| Total: | 1,699.42 |

---


**Einstein HEALTHCARE NETWORK**

Advice Date  Advice No.
09/16/2021   (redacted)

## NON-NEGOTIABLE

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,699.42 |
| Total: | | $1,699.42 |

To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA  19047


Einstein HEALTHCARE NETWORK

| | | | | | | Pay Group: | EPPI Professional Fund | Advice #: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pay Begin Date: | 9/12/2021 | Advice Date: | 9/30/2021 |
| | | | | | | Pay End Date: | 9/25/2021 | | |

Griffin, Stacey L.
141 N Woodbine Ave
Langhorne, PA 19047

Employee ID:
Department:
Process Level:

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Married | 00002 |
| State: | Married | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 36.7789 | 48.00 | 1,765.38 | 1,180.00 | 42,833.65 |
| PTO | 36.7789 | 3.80 | 139.76 | 3.80 | 139.76 |
| Absent-No Pay | | 0.00 | 0.00 | 16.00 | 0.00 |
| Sick Hrs | | 0.00 | 0.00 | 38.76 | 1,403.37 |
| PTOReg | 36.7789 | 28.20 | 1,037.16 | 121.44 | 4,419.38 |
| DiscBn | | 0.00 | 0.00 | 0.00 | 500.00 |
| **Total:** | | **80.00** | **2,942.30** | **1,360.00** | **49,296.16** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 190.71 | 3,430.89 |
| Soc Sec Tax Withheld | 163.34 | 2,840.53 |
| Medicare Tax Withhld | 38.20 | 664.32 |
| Pennsylvania Tax | 81.14 | 1,412.34 |
| PA Unemployment | 1.77 | 29.58 |
| Philadelphia Tax | 103.04 | 1,724.76 |
| **Total:** | **578.20** | **10,102.42** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 266.45 | 2,930.95 |
| VBA | 8.56 | 94.16 |
| Delta Dental | 24.32 | 267.52 |
| Fidelity Pre Tax % | 117.69 | 2,611.98 |
| Parking - Pretax | 8.50 | 188.58 |
| **Total:** | **425.52** | **6,093.19** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 32.63 | 293.67 |
| **Total:** | **32.63** | **293.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | **32.63** | **293.67** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,942.30 | 2,516.78 | 578.20 | 458.15 | 1,905.95 |
| YTD: | 49,296.16 | 43,202.97 | 10,102.42 | 6,386.86 | 32,805.88 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Advice # | | 1,905.95 |
| Available 0.00 | Available 0.00 | Total: 1,905.95 |


Einstein HEALTHCARE NETWORK

To The Account(s) Of
STACEY L GRIFFIN
141 N WOODBINE AVE
LANGHORNE, PA 19047

Advice Date  Advice No.
09/30/2021

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| M&S | xxxxxx8959 | $1,905.95 |
| Total: | | $1,905.95 |