IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Stacey Lynn Griffin | : | Chapter 13 |
| | : | Case No.: 21-12777-AMC |
|    Debtor(s) | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on October 28, 2021 a true and correct copy of the Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors per the Creditor Matrix.

Date: October 28, 2021                                             */s/ Brad J. Sadek, Esquire*
                                                                                                  Brad J. Sadek, Esquire
                                                                                                  Attorney for Debtor(s)
                                                                                                  Sadek & Cooper Law Offices
                                                                                                  1315 Walnut Street – Suite 502
                                                                                                  Philadelphia, PA 19107