## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br><br> **Stacey Lynne Griffin** <br><br> **(a/k/a Stacey Lynne Grauel-Finan)** | **BANKRUPTCY CASE NO. 21-12777** <br><br> **CHAPTER 13** |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Bank OZK in the above captioned matter.

.

                                      Respectfully submitted,

                                      Schnader Harrison Segal & Lewis LLP

Dated: November 5, 2021           By*: /s/ Jonathan W. Hugg*
                                      Jonathan W. Hugg, Esquire
                                      PA Id. No. 73589
                                      1600 Market Street, Suite 3600
                                      Philadelphia, PA 19103-7286
                                      Phone: (215) 751-2527
                                      Fax: (215) 751-2205
                                      jhugg@schnader.com

                                      *Attorneys for*
                                      *Bank OZK*