**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | **BANKRUPTCY CASE NO. 21-12777** |
| **Stacey Lynne Griffin**<br>**(a/k/a Stacey Lynne Grauel-Finan)** | **CHAPTER 13** |

**CERTIFICATION OF NO OBJECTION TO**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned certifies that on November 5, 2021 Bank OZK filed a Motion for Relief from the Automatic Stay (the "Motion") *(Doc. No. 18)* with respect to a used 2017 Jayco Greyhawk RV ("RV") owned by debtor, which is collateral for a loan made by Bank OZK to her, and in which Bank OZK has a security interest.  Bank OZK has received no answer, objection, or any other responsive pleading with respect to its Motion, and debtor's Chapter 13 Plan filed on October 22, 2021 indicates that she intends to surrender the RV.  *Doc. No. 10, § 4(e)*.  Attached to the Motion was a proposed form of Order.  The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Court's docket in this Chapter 13 case.  Pursuant to the Notice of Motion *(Doc. No. 20)*, any objection or response to the Motion was due to be filed no later than November 19, 2021.

WHEREFORE, Bank OZK respectfully requests that the Court, at its earliest convenience, enter an Order substantially in the form attached hereto as **Exhibit "1."**

Respectfully submitted,
Schnader Harrison Segal & Lewis LLP

Dated:  November 22, 2021

By:  */s/ Jonathan W. Hugg*
Jonathan W. Hugg, Esquire
PA Id. No. 73589
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Phone: (215) 751-2527
Fax:  (215) 751-2205
jhugg@schnader.com

*Attorneys for Bank OZK*

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | BANKRUPTCY CASE NO. 21-12777 |
|---|---|
| **Stacey Lynne Griffin**<br>**(a/k/a Stacey Lynne Grauel-Finan)** | **CHAPTER 13** |

**ORDER GRANTING BANK OZK
<u>RELIEF FROM THE AUTOMATIC STAY</u>**

**AND NOW**, this _____ day of _____, 2021, upon

consideration of the Motion of Bank OZK for Relief from the Automatic Stay, and any response,

and after a hearing and argument (if any), this Court hereby **GRANTS** Bank OZK's request for

relief from the automatic stay.  Bank OZK may immediately take any action permissible under

state law to take possession of and title to the 2017 Jayco Greyhawk RV ("RV"), including by

accepting the immediate surrender from debtor of the RV.

**BY THE COURT:**

_____
**The Honorable Ashely M. Chan
United States Bankruptcy Judge**