**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Stacey Lynne Griffin<br>(a/k/a Stacey Lynne Grauel-Finan) | BANKRUPTCY CASE NO. 21-12777<br><br>CHAPTER 13 |

**ORDER GRANTING BANK OZK**
**RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this _____ day of _____, 2021, upon consideration of the Motion of Bank OZK for Relief from the Automatic Stay, and any response, and after a hearing and argument (if any), this Court hereby **GRANTS** Bank OZK's request for relief from the automatic stay. Bank OZK may immediately take any action permissible under state law to take possession of and title to the 2017 Jayco Greyhawk RV ("RV"), including by accepting the immediate surrender from debtor of the RV.

**BY THE COURT:**

**Date: November 30, 2021**          _____
                                        **The Honorable Ashely M. Chan**
                                        **United States Bankruptcy Judge**

PHDATA 7961049_3