Certificate Number: 03088-PAE-DE-036170343

Bankruptcy Case Number: 21-12777


03088-PAE-DE-036170343

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 30, 2021, at 11:10 o'clock AM CST, Stacey L Griffin completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 30, 2021          By:    /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title: Counselor