United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12777-amc |
| Stacey Lynne Griffin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 26, 2022 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey Lynne Griffin, 141 N Woodbine Avenue, Langhorne, PA 19047-7426 |
| 14648442 | | Bank OZK, c/o Jonathan W. Hugg, Esq, 1600 Market Street, Ste 3600, Philadelphia, PA 19103-7286 |
| 14647034 | + | Bank OZK, Office of General Counsel, P.O. Box 8811, Little Rock, AR 72231-8811 |
| 14641934 | ++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, KENNESAW GA 30144-5897 address filed with court:, CarMax Business Services, LLC, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 14641937 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 3420, Concord, NH 03302-3420 |
| 14643382 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14642132 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14642278 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 00:13:23 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641931 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2022 00:04:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14641932 | | Email/Text: bankruptcynotices@ozk.com | Apr 27 2022 00:04:00 | Bank OZK, Attn: Bankruptcy, Po Box 8811, Little Rock, AR 72231 |
| 14641933 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 27 2022 00:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14641934 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 27 2022 00:05:00 | CarMax Business Services, LLC, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 14646202 | | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14641935 | + | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14654024 | + | Email/Text: EBN@edfinancial.com | Apr 27 2022 00:05:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14655449 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 27 2022 00:04:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14641936 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 27 2022 00:04:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14654545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14641939 | + | Email/PDF: ebnotices@pnmac.com | Apr 27 2022 00:13:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14650124 | + | Email/PDF: ebnotices@pnmac.com | Apr 27 2022 00:13:24 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14641940 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14641941 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14641942 | | Email/Text: bknotice@upgrade.com | Apr 27 2022 00:04:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14648954 | *+ | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641938 | *+ | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 3420, Concord, NH 03302-3420 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Stacey Lynne Griffin brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JONATHAN W. HUGG | on behalf of Creditor Bank OZK jhugg@schnader.com 2297860420@filings.docketbird.com,Kpoehls@schnader.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stacey Lynne Griffin
       Debtor(s)                                Chapter: 13

                                                     Bankruptcy No: 21−12777−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this April 26, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Ashely M. Chan
                                                              Judge ,
                                                             United States Bankruptcy Court

                                                                                                46 − 13
                                                                                               Form 155