IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Stacey Lynne Griffin | : | Chapter 13 |
| | : | Case No.: 21-12777-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that a copy of the Debtor's Objection to Proof of Claim was served on the following parties by electronic means and/or regular US mail:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee

**Jonathan W. Hugg**
Counsel on behalf of *Bank OZK*
E-Service to: *jhugg@schnader.com*

Date: 11/09/2021

/s/ Brad J. Sadek
Brad J Sadek, Esq.
Attorney for the Debtor