# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Stacey Lynne Griffin | : | Chapter 13 |
| | : | Case No.: 21-12777-AMC |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to the *Objection to Claim #2-1* and respectfully request that the Order attached to the Objection be entered.

Dated: November 28, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1500 JFK Boulevard Suite #220
Philadelphia, Pa 19102
215-545-0008