UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
|    Stacey Lynne Griffin | : | Chapter 13 |
| | : | |
|    Debtors | : | Case No.: 21-12777-AMC |

## PREACIPE TO WITHDRAW DOCUMENT

To the Clerk:

Kindly withdraw the Notice of Motion to Modify Plan After Confirmation filed in the above-captioned case at Docket No. 58.

                                                Respectfully submitted,

Dated: March 21, 2023                    /s/Brad J. Sadek, Esq.
                                                Brad J. Sadek, Esq.
                                                Attorney for Debtor(s)
                                                Sadek & Cooper Law Offices
                                                Two Penn Center
                                                1500 JFK Boulevard, Suite 220
                                                Philadelphia, PA 19102
                                                215-545-0008
                                                brad@sadeklaw.com