**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Stacey Lynne Griffin | : | |
| | : | Case No.: 21-12777-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: April 4, 2023    /s/ Brad J. Sadek, Esquire
                    Brad J. Sadek, Esquire
                    Sadek and Cooper Law Offices, LLC
                    1500 JFK Boulevard, Suite #220
                    Philadelphia, Pa 19102
                    brad@sadeklaw.com
                    215-545-0008