UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Stacey Lynne Griffin | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 21-12777-AMC |

## **O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Debtor's new Chapter 13 Plan payment shall be $1,535.00 per month for 43 months

~~FURTHER ORDERED~~:

Dated: April 18, 2023

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE