**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Stacey Lynne Griffin (a/k/a Stacey Lynne Grauel-Finan) | **BANKRUPTCY CASE NO. 21-12777** **CHAPTER 13** |

## WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

      Kindly withdraw the appearance of Jonathan W. Hugg, Esquire, on behalf of Bank OZK in the above captioned matter.

Respectfully submitted,

Dated: April 24, 2023        _/s/Jonathan W. Hugg_

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of the Court via this Court's electronic filing system, which sent notification upon all counsel of record.

                                                                                                  _/s/Jonathan W. Hugg_

Dated:  April 24, 2023