| Fill in this information to identify the case: |
|---|
| Debtor 1    Stacey Lynne Griffin |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Eastern</u> District of <u>PA</u> |
| Case number    21-12777 AMC |

# Form 4100R

## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**    PENNYMAC LOAN SERVICES, LLC            **Court claim no.** (if known):   5

**Last 4 digits** of any number you use to identify the debtor's account:    4079

**Property address:**
141 North Woodbine Avenue
Langhorne, PA 19047

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                                                                  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    Loan was paid off as of 8/15/2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                    (a)    $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:           + (b)    $ _____
c.   **Total.** Add lines a and b.                                                (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Debtor(s)    Stacey Lynne Griffin
First Name    Middle Name    Last Name

Case Number *(if known)*: 21-12777 AMC

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*
Matthew Fissel
07 Oct 2025, 10:44:35, EDT

Date    10/07/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Lynne Griffin aka Stacey Lynne Grauel Finan<br><br>Debtor(s) | BK NO. 21-12777 AMC<br><br>Chapter 13 |
| PENNYMAC LOAN SERVICES, LLC<br>Movant<br><br>vs.<br><br>Stacey Lynne Griffin aka Stacey Lynne Grauel Finan<br>Debtor(s)<br><br>Kenneth E. West,<br>Trustee | Related to Claim No. 5 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 9, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Stacey Lynne Griffin aka Stacey Lynne Grauel Finan
14106 Harpers Crossing
Langhorne, PA 19047

Attorney for Debtor(s) (via ECF)
Brad J. Sadek, Esq.
Sadek Law Offices, LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Method of Service: electronic means or first-class mail

Dated: October 9, 2025

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com